

**FILED**

AUG 31 2021

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JOHN LAURENCE BERMAN,　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　)
　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　)　　　　Civil Action No.  21-2189 (UNA)
　　　　　　　　　　　　　　　　)
KRISTIN DRAPER,　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant　　　　)

**MEMORANDUM OPINION**

This matter is before the Court on consideration of plaintiff's application to proceed *in forma pauperis* (ECF No. 2), his *pro se* complaint (ECF No. 1), and motions for injunctive relief (ECF No. 3) and for recusal (ECF No. 4).

Plaintiff is the beneficiary of a trust whose claims pertain to the distribution of the trust's assets and use of those assets to pay legal fees.  These matters are the subject of a separate civil action which the Court recently dismissed, *see Berman v. Draper*, No. 1:21-cv-1526 (D.D.C. Aug. 5, 2021), and plaintiff has filed a notice of appeal on August 26, 2021.  The Court, therefore, will dismiss the complaint and this civil action without prejudice as duplicative, and deny the motions as moot.  An Order is issued separately.


DATE: August 31, 2021　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　EMMET G. SULLIVAN
　　　　　　　　　　　　　　　　　　United States District Judge